

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: **LEON** **STEVEN**
     (Last)     (First)     (Middle Initial)

Prisoner Number: 16040540 / DUI 422

Institutional Address: 701 S. ABLE STREET, MILPITAS 95035

FILED
JAN 23 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

STEVEN ANDREW LEON
(Enter your full name.)

vs.

San JOSE POLICE DEPARTMENT
OFFICER GUZMAN #3968

(Enter the full name(s) of the defendant(s) in this action.)

Case No. **CV17 328 KAW**
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

### I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement: ELMWOOD correction MILPITAS CA

B. Is there a grievance procedure in this institution?   YES ☐   NO ☑

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☐   NO ☑

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: _____
   _____
   _____

2. First formal level: _____

3. Second formal level: _____

4. Third formal level: _____

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES ☐    NO ☑

F. If you did not present your claim for review through the grievance procedure, explain why.

___NO PROCEDURE___

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
STEVEN ANDREW LEON
701. S ABLE STREET   MiLpitas, CA. 95035

B. For each defendant, provide full name, official position and place of employment.
#3968 GUZMAN, Police Officer, San Jose Police Dept

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

October 7, 2016 Violated my 4th Amendment Seizer Right, I was unarmed and no threat, the officer struck me with his baton, I fell unconscious and awoke to him striking me while in the foetal position laying in a pool of my own blood. I suffered a fractured left hand, a fractured right elbow, and a laceration on the back of my head, my elbow is held together by 8 screws and a large plate.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes. Rembursted for loss wages, pain and suffering, Mental stressing, PTSD, Anxiety, Depression from injurys, loss of time with children. Sttill for 2.5 [illegible]

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 1/6/2017

Date                      Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3