1
2
3
4
5  UNITED STATES DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA
7
8  STEVEN ANDREW LEON,   Case No. 17-cv-00328-HSG (PR)
9    Plaintiff,
  **ORDER OF DISMISSAL**
10   v.
11  GUZMAN,
12    Defendant.
13

Plaintiff, a former California state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On September 18, 2018, the Court denied defendant's motion for summary judgment and referred the case to Magistrate Judge Robert Illman pursuant to the Pro Se Prisoner Settlement Program for settlement proceedings. On October 5, 2018, the Court's September 18, 2018 order was returned as undeliverable with the notation that plaintiff had been released on parole. *See* Dkt. No. 30. On October 23, 2018, Magistrate Judge Illman entered an order directing plaintiff to provide a current address so that a settlement conference could be scheduled. *See* Dkt. No. 31. On November 19, 2018, that order was returned as undeliverable, again with the notation that plaintiff had been paroled. *See* Dkt. No. 32.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

1  More than sixty days have passed since the September 18, 2018 order was returned as
2  undeliverable. The Court has not received a notice from plaintiff of a new address. Accordingly,
3  the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the
4  Northern District Local Rules.

5  The Clerk shall enter judgment and close the file. The Clerk shall also send a copy of this
6  order to Magistrate Judge Illman.

7  **IT IS SO ORDERED.**

8  Dated:   12/108/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge