UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ANDREW LEON,<br>　　　　Plaintiff,<br>　　v.<br>GUZMAN,<br>　　　　Defendant. | Case No. 17-cv-00328-HSG (PR)<br><br>**JUDGMENT** |

A judgment of dismissal without prejudice is entered.

**IT IS SO ORDERED and ADJUDGED.**

Dated: 12/10/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge